# NO. 12-11-00134-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JUMAANE COLEMAN,*<br>*APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant pleaded guilty to aggravated assault and true to the enhancement paragraph in the indictment. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification also states that Appellant waived his right to appeal. The certification is signed by Appellant and his trial counsel.

In reviewing the clerk's record, we note that the admonishments signed by the State's attorney, as well as Appellant and his attorney, include a handwritten notation that "[n]o plea bargain exists between the State and the defendant." However, the clerk's record includes a document signed by Appellant in which he expressly waived his right to appeal. Therefore, this court does not have jurisdiction of the appeal and the appeal must be dismissed. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered June 8, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)